# Exhibit 4

**From:**  Steve Churchill
**To:**  Pardo, Christopher; Glasgow, Ryan A.; Benjamin Steffans
**Subject:**  Re: Prinzo/Hannaford: Revised Joint Scheduling Statement
**Date:**  Thursday, July 29, 2021 10:07:19 AM

Caution: This email originated from outside of the firm.

Chris & Ryan,

I understand that Hannaford's position is that damages (if any) should be calculated using the fluctuating work week method. That may be correct, but we're not in a position to provide a definitive answer as to our position on this right now. It's too significant of an issue – one that we need to evaluate carefully and discuss with our client, given the impact on her potential damages – and Ben & I are both on vacation through next week.

Steve

Steve Churchill
Fair Work, P.C.
192 South Street, Suite 450
Boston, MA 02111
T 617.607.3262
F 617.488.2261
steve@fairworklaw.com
www.fairworklaw.com

---

**From:** "Pardo, Christopher" <CPardo@hunton.com>
**Date:** Wednesday, July 28, 2021 at 10:40 AM
**To:** "Glasgow, Ryan A." <rglasgow@hunton.com>, Steve Churchill <steve@fairworklaw.com>, Benjamin Steffans <bsteffans@steffanslegal.com>
**Subject:** RE: Prinzo/Hannaford: Revised Joint Scheduling Statement

Steve – also on this case:

We got an out of office that you're on vacation but also emailed about the damage analysis for remand.  Not trying to bother you on vacation but we only need one or two answers to move forward on our end.

Bottom line, we need to know if you're disputing the calculation for any reason and why because that is alone would be determinative.  If you agree that *Missel* governs the damage analysis and that is binding for the purposes of this case (regardless of venue), we have to put forth a different analysis and also consider all options based on what we presume to be the case from our damage assessment.

Any chance you can get back to us today with your position?  We would appreciate it.

Best,

Chris

**Christopher M. Pardo**
Partner
cpardo@HuntonAK.com
p   617.648.2759 (BOS direct)
p   212.309.1195 (NY direct)
m  617.413.2315
Bio | vCard